IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GAYLE MILLER MCMULLIN                                               PLAINTIFF

VS.                                                 CIVIL ACTION NO. 3:13cv68-CWR-FKB

MISSISSIPPI DEPARTMENT OF
PUBLIC SAFETY
and ALBERT SANTA CRUZ, in his official capacity
as COMMISSIONER OF THE MISSISSIPPI
DEPARTMENT OF PUBLIC SAFETY                                         DEFENDANTS

## MOTION TO SEAL

COMES NOW Plaintiff Gayle Miller McMullin and files this her Motion to Seal an aspect of her case.

Respectfully submitted, this the 10th day of November, 2015.

/s/ Dennis L. Horn
Dennis L. Horn, Attorney for Plaintiff

Dennis L. Horn (MSB #2645)
HORN & PAYNE, PLLC
P. O. Box 2754
Madison, MS 39130-2754
Phone:  601-853-6090
Facsimile:  601-853-2878
hornpayne@gmail.com

## CERTIFICATE OF SERVICE

I, Dennis L. Horn, certify that I have this date served, by electronic mailing, a true and correct copy of the above and foregoing *Motion to Seal* upon:

Hon. Peter Watkins Cleveland
Office of the Attorney General
P. O. Box 220
Jackson, MS 39205-0220
pclev@ago.state.ms.us

This the 10th day of November, 2015.

/s/ Dennis L. Horn
Dennis L. Horn